IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 22-cv-01176-RM-SBP | Date: August 5, 2024 |
| Courtroom Deputy: Jesse Torres | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| SABRINA STANLEY, and<br>JUDY KOJETIN, | Brandt Milstein |
| Plaintiffs, | |
| v. | |
| PANORAMA ORTHOPEDICS AND SPINE<br>CENTER, P.C., and<br>PMG LLLP, | Juan Obregon |
| Defendants. | |

## COURTROOM MINUTES

**SETTLEMENT/FAIRNESS HEARING**

**1:36 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding the Parties' Joint Motion for Final Certification of Class and Collective Action and for Final Approval of Settlement Agreement [ECF Doc. No. 46, filed 07/15/2024]. The parties consented to this court deciding that motion. [ECF Doc. No. 36].

Discussion is held regarding the Parties' proposed Settlement Agreement.

No objections to approval of the proposed Settlement Agreement have been raised.

For the reasons stated on the record, it is

**ORDERED:** For good cause shown, the Joint Motion for Final Certification of Class and Collective Action and for Final Approval of Settlement Agreement [ECF Doc. No. 46, filed 07/15/2024], which includes a request for the court to approve an award of attorney's fees and costs , is **GRANTED.**

Specifically, the Court finds that the proposed class satisfies all requirements for final certification under Fed. R. Civ. P. 23.

The Court finds that notice was issued in a reasonable manner, consistent with Fed. R. Civ. P. 23(e)(1) and due process.

The Court finds that all requirements of Fed. R. Civ. P. 23(e) are satisfied.

Accordingly, the Parties' proposed settlement class is **CERTIFIED** for purposes of settlement only and their proposed Settlement Agreement is **APPROVED.**

The Court further finds that Plaintiffs' proposed attorney's fees and costs are fair and reasonable, following a consideration of the factors deemed relevant by the Tenth Circuit. *See, e.g.*, *Brown v. Phillips Petroleum Co.*, 838 F.2d 451, 454-55 (10th Cir. 1988) (citing *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974)).

A written order further detailing the Court's determinations will issue in due course.

**1:55 p.m.   Court in recess.**

Hearing concluded.
Total in-court time: 19 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.