IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 22-cv-01176-RM-SBP

SABRINA STANLEY, and
JUDY KOJETIN,

    Plaintiffs,

v.

PANORAMA ORTHOPEDICS AND SPINE CENTER, P.C., and
PMG LLLP,

    Defendants.

---

## ORDER

---

Before the Court is the Recommendation of United States Magistrate Judge Susan Prose (ECF No. 49) to close this case with prejudice, with the Court to retain jurisdiction to enforce the Settlement Agreement approved on August 5, 2024. The magistrate judge advised the parties that specific written objections were due within fourteen days after being served a copy of the Recommendation. The deadline for responding to the Recommendation has come and gone without a response from either party.

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991).

As outlined in the magistrate judge's October 7, 2024, Order, the parties have successfully mediated and resolved their wage dispute, and the Court has granted their Joint

Motion to certify their proposed settlement class for purposes of settlement only and to finally approve their Settlement Agreement and an award of attorney fees and costs.

The Court discerns no clear error on the face of the record and concurs with the magistrate judge's assessment that this case should now be closed, with the Court to retain jurisdiction to enforce the Settlement Agreement. *See Gallegos v. Smith*, 401 F. Supp. 3d 1352, 1356-57 (D.N.M. 2019) (applying deferential review of the magistrate judge's work in the absence of any objection); *Kennedy v. Mountainside Pizza, Inc.*, No. 19-cv-01199-CMA-STV, 2021 WL 5882138, at *6 (D. Colo. Dec. 13, 2021) (unpublished) (retaining jurisdiction to enforce class settlement agreement).

Therefore, the Court ACCEPTS the Recommendation (ECF No. 49), and the Clerk is directed to CLOSE this case.

DATED this 22nd day of October, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge